# LAW OFFICES OF MICHAEL D. STEGER, PC

30 Ramland Road, Suite 201
Orangeburg, NY 10962
(845) 359-4600
(845) 638-2707 (fax)
msteger@steger-law.com
www.steger-law.com

April 30, 2021

**VIA ECF**

Honorable George B. Daniels
United States District Judge
U.S. District Court — Southern District of New York
500 Pearl Street
New York, NY 10007

*The initial conference set for May 5, 2021 at 9:30 a.m. is adjourned until June 9, 2021 at 9:30 a.m.*
/s/ George B. Daniels
SO ORDERED MAY 03 2021

Re: *Prokos v. New York City Economic Development Corporation et al*, 21-CV-0035-GBD

Dear Judge Daniels:

This firm represents plaintiff Andrew Prokos in this matter. I am writing jointly with Tracy Abatemarco and Thomas Holmgren, counsel for defendant New York City Economic Development Corporation.

Issue has been joined. Counsel have conferred pursuant to Federal Rule of Civil Procedure 26 and have submitted an agreed Case Management Plan. The parties do not have any issues to address with the Court at this time.

Accordingly, the parties request that the Court adjourn the initial pretrial conference scheduled for May 5th.

Thank you for your consideration of this request.

Sincerely yours,
/s/ Michael D. Steger
Michael D. Steger

cc:  Tracy Abatemarco (via ECF)
    Thomas Holmgren (via ECF)