UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
ANDREW PROKOS,

                    Plaintiff,

   -against-

NEW YORK CITY ECONOMIC
DEVELOPMENT CORPORATION,
and DOES 1-10,

                    Defendants.
------------------------------------- x

ORDER

21 Civ. 35 (GBD)

GEORGE B. DANIELS, United States District Judge:

The parties' request to cancel the initial conference scheduled for June 9, 2021, (ECF No. 18), is GRANTED. The status conference scheduled for July 7, 2021 at 9:45 a.m. will take place in person.

The Clerk of Court is directed to close the letter motion at ECF No. 18.

Dated: June 7, 2021
       New York, New York

                              SO ORDERED.

                              GEORGE B. DANIELS
                              United States District Judge