**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
ANDREW PROKOS,

                Plaintiff,

  -against-                       ORDER

NEW YORK CITY ECONOMIC         21 Civ. 35 (GBD)
DEVELOPMENT CORPORATION,
and DOES 1-10,

                Defendants.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

In light of the Parties' notice that they have reached a settlement in principle on all issues in this matter, all conferences and deadlines previously scheduled are adjourned *sine die*. The parties shall submit a stipulation of dismissal or a status report within sixty (60) days of this order.

The Clerk of Court is directed to close the letter motion, (ECF No. 20), accordingly.

Dated: July 6, 2021
       New York, New York

                                    SO ORDERED.

                                    GEORGE B. DANIELS
                                    United States District Judge